# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

VINCENT TOLENTINO, : No. 3:19cv1363
    Plaintiff :
v. : (Judge Munley)
DR. XUE, et al., :
    Defendants :

## ORDER

In accordance with the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

1. Tolentino's motion for leave to proceed *in forma pauperis* (Doc. 11) is **GRANTED**;

2. Claims are dismissed against all Defendants except Cousins, Baldauf, and Flasher; and

3. Tolentino may file an amended complaint within 30 days of the date of this Order that addresses the deficiencies identified in the Memorandum Opinion. Failure to timely file an amended complaint will be deemed an election to proceed only with respect to the claim against Cousins, Baldauf, and Flasher.

BY THE COURT:

Date: 9/10/19     <u>s/James M. Munley</u>
                  **JUDGE JAMES M. MUNLEY**
                  **United States District Court**