# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VINCENT TOLENTINO,** | : | CIVIL ACTION NO. 3:19-CV-1363 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **DR. XUE,** *et al.*, | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 30th day of September, 2020, upon consideration of the motion for a preliminary injunction, and defendants' opposition thereto, and for the reasons set forth in the accompanying memorandum of today's date, it is hereby ORDERED that plaintiff's motion (Doc. 96) for preliminary injunction is DENIED.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania