IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VINCENT TOLENTINO,** | : | CIVIL ACTION NO. 3:19-CV-1363 |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **DR. XUE,** *et al.*, | : | |
| Defendants | : | |

## ORDER

AND NOW, this 28th day of September, 2021, upon review of plaintiff's third amended complaint pursuant to 28 U.S.C. § 1915(e)(2), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Plaintiff's third amended complaint is DISMISSED without prejudice.

2. Plaintiff may file a fourth amended complaint on or before **October 28, 2021**. Any amended complaint filed pursuant to this order shall be filed to the same docket number as the instant action, shall be entitled "Amended Complaint," and shall be complete in all respects. It shall be a new pleading that stands by itself as an adequate complaint under the Federal Rules of Civil Procedure.

3. If Plaintiff does not file a fourth amended complaint by the above date, this order shall operate as a dismissal with prejudice and the court shall close this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania