IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VINCENT TOLENTINO,** | : | CIVIL ACTION NO. 3:19-CV-1363 |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **DR. XUE,** *et al.*, | : | |
| Defendants | : | |

## ORDER

AND NOW, this 27th day of October, 2021, upon review of plaintiff's fourth amended complaint pursuant to 28 U.S.C. § 1915(e)(2), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Plaintiff's fourth amended complaint is DISMISSED with prejudice for failure to state a claim upon which relief may be granted.

2. Defendant Baldauf's motion for judgment on the pleadings and defendant Flasher and Price's motion for leave to file a motion to dismiss *nunc pro tunc* (Docs. 148, 150) are DENIED as moot.

3. The Clerk of Court is directed to close this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania